# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AJAY REDDY,**

        **Plaintiff,**

v.                                             Case No: 6:21-cv-1821-ACC-EJK

**SPACE EXPLORATION TECHNOLOGIES CORP.,**

        **Defendant.**

## ORDER DIRECTING COMPLIANCE

The Court, on its own initiative, has reviewed the file in this case. It is hereby

ORDERED that within 14 days from the date of this order, Plaintiff shall file a written response why sanctions should not be imposed for failure to respond to the Initial Case Order (Doc. No. 4) filed on November 3, 2021, which directed him to file his disclosure statement within 14 days from the date of that order.   Failure to respond shall result in sanctions being imposed upon counsel.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 29, 2021.

ANNE C. CONWAY
United States District Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties