IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AJAY REDDY,<br><br>            Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION<br>TECHNOLOGIES CORP.,<br><br>            Defendant. | Case No. 6:21-CV-01821-ACC-EJK |

## JOINT STIPULATION TO STAY ACTION PENDING BINDING ARBITRATION

Plaintiff Ajay Reddy and Defendant Space Exploration Technologies Corporation ("SpaceX") (collectively, the "Parties"), pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq*., hereby stipulate to stay the proceedings and enter into binding arbitration. In this regard, the Parties stipulate as follows:

      1.      On November 1, 2021 Plaintiff filed his Complaint against Defendant, alleging violations of the Florida Civil Rights Act, 42 U.S.C § 1981 and breach of contract arising from his separation of employment with Defendant. (ECF No. 1 at ¶¶ 44-65).

      2.      As part of his employment with SpaceX, Plaintiff signed an *Employee Arbitration and Dispute Resolution Agreement and Class Action Waiver* ("Arbitration Agreement") that covers Plaintiff's discrimination, retaliation, and breach of contract claims alleged in this action and requires submission of those claims to binding arbitration.

      3.      On November 23, 2021, counsel for the Parties conferred, and the Parties agreed to proceed with final, binding arbitration for all of Plaintiff's claims pursuant to the applicable

procedure in the Arbitration Agreement.

4.     The FAA provides that the Court, "upon being satisfied that the issue involved in such suit…is referable to arbitration….shall on application of one of the parties stay the trial of action until such arbitration has been had in accordance with the terms of the agreement."  9 U.S.C. §3; *Caley v. Gulfstream Aerospace Corp.*, 428 F.3d 1359, 1368 (11th Cir. 2005).

5.     Therefore, to effectuate the parties' arbitration agreement and in accordance with the FAA, the Parties request this matter be stayed in its entirety pending resolution of the action in arbitration.

WHEREFORE, based on the foregoing, the parties respectfully request that the Court enter an order staying this action pending arbitration.

Dated: November 30, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *G. Ware Cornell* | /s/ *Kimberly Rivera* |
| G. Ware Cornell, Jr., Esquire | Jessica Travers, Esquire |
| Florida Bar No.: 203920 | Florida Bar No.: 18129 |
| Email: ware@warecornell.com | Email:  jtravers@littler.com |
| | |
| Cornell & Associates PA | Kimberly Rivera, Esquire |
| 2645 Executive Park Dr. | Florida Bar No.: 124822 |
| Weston, FL 33331 | Email: krivera@littler.com |
| Telephone:  (904) 633-5000 | |
| Fascimile: (904) 358-2850 | LITTLER MENDELSON, P.C. |
| | 111 North Magnolia Avenue, Suite 1250 |
| *Counsel for Plaintiff Ajay Reddy* | Orlando, Florida 3280 |
| | Telephone: (407) 393-2900 |
| | Facsimile: (407) 393-2929 |
| | |
| | *Counsel for Defendant Space Exploration Technologies Corporation* |

2.

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following

/s/ *Kimberly Rivera*
Kimberly Rivera, Esquire

4883-0458-5220.1