UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AJAY REDDY,

        Plaintiff,

v.    Case No.  6:21-cv-1821-ACC-EJK

SPACE EXPLORATION
TECHNOLOGIES CORP.,

        Defendant.
_____

**ORDER**

This cause comes before the Court on the parties' Joint Motion to Stay Action Pending Binding Arbitration. (Doc. 8). The Federal Arbitration Act ("FAA") requires courts to enforce arbitration agreements according to their terms. *Rent-A-Ctr., W., Inc. v. Jackson*, 561 U.S. 63, 66 (2010). Section 2 of the FAA provides that written provisions relating to arbitration are "valid, irrevocable, and enforceable" except where grounds "exist at law or in equity" to revoke the contract. *Kincaid v. Beneficial Fla., Inc.*, No. 14-61647-CIV, 2015 WL 12781025, at *1 (S.D. Fla. Jan. 14, 2015) (citing 9 U.S.C. § 2). If a lawsuit involves an "issue referable to arbitration under an agreement in writing," a court must stay the action upon a motion from a party within the suit. 9 U.S.C. § 3.

- 2 -

In this case, Plaintiff Ajay Reddy sued Defendant Space Exploration Technologies Corp. on November 1, 2021 for violations of the Florida Civil Rights Act, 42 U.S.C. § 1981, and breach of contract. (Doc. 1 at 7–14). The claims arise from Plaintiff's separation of employment with Defendant. (*Id.*). As part of his employment, Plaintiff signed an *Employee Arbitration and Dispute Resolution Agreement and Class Action Waiver*. (*Id.*). The parties state that the arbitration agreement covers the claims in this case, and they have agreed to proceed with arbitration of all claims. (*Id.*). Thus, the parties ask the Court to stay this case pending binding arbitration.

Based on the foregoing, it is ordered as follows:

1. The parties' Joint Stipulation to Stay Action Pending Binding Arbitration is **GRANTED**.

2. This case is **STAYED** pending the completion of arbitration proceedings.

3. Defendant is **DIRECTED to file and serve** on or before March 1, 2022, and every three months thereafter, a status report regarding the arbitration proceedings.

4. The Clerk is **DIRECTED to terminate** any pending motions or deadlines and **ADMINISTRATIVELY CLOSE the file**.

- 3 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 8, 2021.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties