# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| AJAY REDDY,<br><br>      Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>      Defendant. | Case No. 6:21-CV-01821-ACC-EJK |

## DEFENDANT'S STATUS REPORT ON ARBITRATION

Defendant Space Exploration Technologies Corporation, pursuant to this Court's Order (ECF No. 9), submits this Status Report advising the progress of arbitrations. Defendant states as follows:

1. Arbitration has commenced with JAMS and an arbitrator has been selected.

2. The parties will hold an initial conference with the arbitrator shortly.

Dated this 1st day of March 2022.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Respectfully submitted,

/s/ *Kimberly R. Rivera*
Jessica Travers, Esquire
Florida Bar No.: 18129
Email:  jtravers@littler.com

Kimberly Rivera, Esquire
Florida Bar No.: 124822
Email: krivera@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

*Counsel for Defendant Space Exploration Technologies Corporation*

2.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

/s/ *Kimberly Rivera*
Kimberly Rivera, Esquire

4861-2264-6033.1 / 111137-1005