UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: Case No. 6:21-CV-01821-ACC-EJK

AJAY REDDY,
Plaintiff,

v.

SPACE EXPLORATION TECHNOLOGIES CORP.
Defendant.
_____/

PLAINTIFF's STATUS REPORT

Plaintiff, AJAY REDDY, by counsel, agrees with the defendant's Status Report and adopts same.

/s/ G.Ware Cornell

G.     Ware Cornell, Jr.
Florida Bar No. 203920

Cornell & Associates PA
2645 Executive Park Dr
Weston, FL 33331

(954) 618-1041
(954) 944-1969 facsimile
ware@warecornell.com

1

I hereby certify that on March 1, 2022, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record below

<u>/s/ G. Ware Cornell, Jr.</u>

## Service List

Jessica Travers, Esquire and Kimberly Rivera,

Of

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750 Orlando, Florida 32801