# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| AJAY REDDY,<br><br>      Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>      Defendant. | Case No. 6:21-CV-01821-ACC-EJK |

## DEFENDANT'S STATUS REPORT ON ARBITRATION

Defendant Space Exploration Technologies Corporation, pursuant to this Court's Order (ECF No. 9), submits this Status Report advising the Court of the status of arbitration. Defendant states as follows:

1. Arbitration has commenced with JAMS and an arbitrator has been selected.

2. The parties held an initial conference with the Arbitrator on March 21, 2022, and shortly thereafter a scheduling order was issued. Discovery is underway.

Dated this 1st day of June 2022.

Respectfully submitted,

/s/ *Kimberly R. Rivera*
Jessica Travers, Esquire
Florida Bar No.: 18129
Email:  jtravers@littler.com

Kimberly Rivera, Esquire
Florida Bar No.: 124822
Email: krivera@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

*Counsel for Defendant Space Exploration Technologies Corporation*

2.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2022, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

/s/ *Kimberly Rivera*
Kimberly Rivera, Esquire

4867-3235-1267.1 / 111137-1005