# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| AJAY REDDY,<br><br>    Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    Defendant. | Case No. 6:21-CV-01821-ACC-EJK |

## DEFENDANT'S STATUS REPORT ON ARBITRATION

Defendant Space Exploration Technologies Corporation, pursuant to this Court's Order (ECF No. 9), submits this Status Report advising the Court of the status of arbitration. Defendant states as follows:

1. Arbitration has commenced with JAMS and an arbitrator has been selected.

2. Discovery is underway, and depositions are set in September 2022.

3. Pursuant to the scheduling order, discovery must be completed by October 3, 2022.

Dated this 1st day of September 2022.

Respectfully submitted,

/s/ *Kimberly R. Rivera*
Jessica Travers, Esquire
Florida Bar No.: 18129
Email: jtravers@littler.com

Kimberly Rivera, Esquire
Florida Bar No.: 124822
Email: krivera@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

*Counsel for Defendant Space Exploration Technologies Corporation*

2.

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

/s/ *Kimberly Rivera*
Kimberly Rivera, Esquire

4858-4669-0353.1 / 111137-1005