## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **AJAY REDDY,** | |
| **Plaintiff,** | **Case No. 6:21-CV-01821-ACC-EJK** |
| **v.** | |
| **SPACE EXPLORATION TECHNOLOGIES CORP.,** | |
| **Defendant.** | |

### DEFENDANT'S STATUS REPORT ON ARBITRATION

Defendant Space Exploration Technologies Corporation, pursuant to this Court's Order (ECF No. 9), submits this Status Report advising the Court of the status of arbitration.  Defendant states as follows:

1.    The parties held the final arbitration hearing on January 23, 24, and 31st.

2.    The parties have until March 27, 2023, to submit post hearing briefs to the Arbitrator.

4890-5775-3684.1 / 111137-1005

**Dated:** March 1, 2023

Respectfully submitted,

/s/ *Jessica T. Travers*

Jessica Travers, Esquire
Florida Bar No.: 18129
Email:  jtravers@littler.com

Kimberly Rivera, Esquire
Florida Bar No.: 124822
Email: krivera@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

*Counsel for Defendant Space
Exploration Technologies Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2023, the undersigned electronically filed

the foregoing with the Clerk of the Court using the CM/ECF system which will send

notification to counsel of record.

/s/ *Jessica T. Travers*

Jessica T. Travers, Esquire

2.

4890-5775-3684.1 / 111137-1005