# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **AJAY REDDY,** | |
| **Plaintiff,** | **Case No. 6:21-CV-01821-ACC-EJK** |
| **v.** | |
| **SPACE EXPLORATION TECHNOLOGIES CORP.,** | |
| **Defendant.** | |

## DEFENDANT'S STATUS REPORT ON ARBITRATION

Defendant Space Exploration Technologies Corporation, pursuant to this Court's Order (ECF No. 9), submits this Status Report advising the Court of the status of arbitration.  Defendant states as follows:

1.     The parties held the final arbitration hearing on January 23, 24, and 31st.

2.     On April 18, 2023, the Arbitrator issued an Interim Award in SpaceX's favor, dismissing with prejudice all of Claimant's claims and permitting SpaceX to file "any appropriate motion for fees and costs" within thirty days.

3.     On May 17, 2023, SpaceX filed a Motion to Tax Costs, seeking recovery of its costs.

4.     The Arbitrator has not yet ruled on the Motion to Tax Costs.

**Dated:** June 1, 2023                      Respectfully submitted,

/s/ *Kimberly R. Rivera*
Jessica Travers, Esquire
Florida Bar No.: 18129
Email:  jtravers@littler.com

Kimberly Rivera, Esquire
Florida Bar No.: 124822
Email: krivera@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

*Counsel for Defendant Space
Exploration Technologies Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

/s/ *Kimberly R. Rivera*
Kimberly R. Rivera, Esquire

2.