UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| AJAY REDDY,<br><br>        Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>        Defendant. | Case No. 6:21-CV-01821-ACC-EJK |

**DEFENDANT'S STATUS REPORT ON ARBITRATION AND MOTION TO DISMISS WITH PREJUDICE**

Defendant Space Exploration Technologies Corporation (SpaceX), pursuant to this Court's Order (ECF No. 9), submits this Status Report advising the Court of the status of arbitration. SpaceX states the following:

1. The Parties held the final arbitration hearing on January 23, 24, and 31, 2023.

2. On June 17, 2023, the Arbitrator entered a Final Award in SpaceX's favor, dismissing with prejudice all of Plaintiff's claims. Plaintiff has complied with the Award and there are no issues remaining.

Accordingly, SpaceX respectfully requests this Court dismiss this matter in its entirety with prejudice.

**Dated:** August 31, 2023

Respectfully submitted,

/s/ *Kimberly R. Rivera*
Jessica Travers, Esquire
Florida Bar No.: 18129
Email:  jtravers@littler.com

Kimberly Rivera, Esquire
Florida Bar No.: 124822
Email: krivera@littler.com

LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, Florida 32801
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

*Counsel for Defendant Space Exploration Technologies Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record.

/s/ *Kimberly R. Rivera*
Kimberly R. Rivera, Esquire

2.