UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AJAY REDDY,**

        **Plaintiff,**

v.                                             Case No.   6:21-cv-1821-ACC-EJK

**SPACE EXPLORATION
TECHNOLOGIES CORP.,**

        **Defendant.**

---

# ORDER

This cause comes before the Court on the Status Report on Arbitration and Motion to Dismiss with Prejudice filed by Defendant Space Exploration Technologies Corp. ("SpaceX") which reports that: (a) The final arbitration hearing was held on January 23, 24, and 31, 2023; (b) the Arbitrator entered a Final Award in SpaceX's favor and dismissed with prejudice all of Plaintiff's claims; (c) Plaintiff has complied with the Award and there are no issues remaining; (d) and dismissal with prejudice of Plaintiff's claims is now appropriate. (Doc. 17).

Based on the foregoing, it is ordered as follows:

1. Plaintiff's claims against SpaceX are **dismissed with prejudice**.

2. The Clerk is **DIRECTED** to remove the **STAY** and, thereafter, **CLOSE** the case.

- 2 -

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 11, 2023.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record